PATRICIA K. GILLETTE (STATE BAR NO. 74461)
ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
GREG J. RICHARDSON (STATE BAR NO. 203788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759
pgillette@orrick.com
alivingston@orrick.com
grichardson@orrick.com

JOSEPH C. LIBURT (STATE BAR NO. 155507)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1-650-614-7400
Facsimile:     +1-650-614-7401
jliburt@orrick.com

Attorneys for Defendant
WELLS FARGO BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK PIERCE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV-08-1554 HRL<br><br>PROOF OF SERVICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (Federal Question Jurisdiction) |
|---|---|

## PROOF OF SERVICE BY COURIER SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe, LLP The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On March 21, 2008, I served by Federal Express the following document(s):

NOTICE TO STATE COURT AND PLAINTIFF OF FILING OF NOTICE OF REMOVAL OF ACTION;
CIVIL COVER SHEET;
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b);
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
ECF REGISTRATION INFORMATION HANDOUT

on the interested parties in this action by placing true and correct copies thereof in sealed package(s) designated by Federal Express for that purpose, with such package(s) addressed for delivery as follows:

> Stuart C. Clark, Esq.
> Carr & Ferrell LLP
> 2200 Geng Road
> Palo Alto, CA 94303

☒ On the date indicated above, I delivered the sealed package(s) to an authorized courier or driver authorized by the courier service to receive documents, with the delivery fees paid or provided for by the sender.

☐ On the date indicated above, I deposited the sealed package(s) in a box or other facility regularly maintained by the courier service for delivery of documents, with the delivery fees paid or provided for by the sender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2008, at San Francisco, California.

_____
Pamela R. Dawson

- 1 -