PATRICIA K. GILLETTE (State Bar No. 74461)
ANDREW R. LIVINGSTON (State Bar No. 148646)
GREG J. RICHARDSON (State Bar No. 203788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759
pgillette@orrick.com
alivingston@orrick.com
grichardson@orrick.com

JOSEPH C. LIBURT (State Bar No. 155507)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401
jliburt@orrick.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.
(sued as "Wells Fargo Bank")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PIERCE<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. CV 08 1554 HRL<br><br>DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE |

1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF PATRICK PIERCE AND HIS ATTORNEYS OF RECORD:**

The above-entitled action was assigned by the Court to United States Magistrate Judge Howard R. Lloyd. Defendant Wells Fargo Bank, N.A. ("Defendant"), sued as "Wells Fargo Bank," does not consent to the assignment of Magistrate Judge Lloyd to this case. Pursuant to 28 U.S.C. Section 636(c), Defendant hereby notifies the Court of its request for a reassignment to a United States District Court Judge.

Dated: March 25, 2008

PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
JOSEPH C. LIBURT
GREG J. RICHARDSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

/S/
PATRICIA K. GILLETTE
Attorneys for Defendant
WELLS FARGO BANK, N.A.