UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Patrick Pierce,<br><br>        Plaintiff,<br><br>  v.<br><br>Wells Fargo Bank, N. A.,<br><br>        Defendant.<br>_____/ | No. C08-01554<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 8, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 11, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on June 27, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: March 26, 2008                            RICHARD W. WIEKING, Clerk
                                                                       United States District Court

                                                                        /s/ *Patty Cromwell*
                                                                        By: Patty Cromwell, Courtroom Deputy
                                                                        to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Stuart C. Clark    sclark@carrferrell.com, mpeterson@carrferrell.com

Patricia K. Gillette    pgillette@orrick.com, bwilliams@orrick.com, pdawson@orrick.com

Joseph Charles Liburt    jliburt@orrick.com, tmcbride@orrick.com

Andrew Ralston Livingston    alivingston@orrick.com, ckent@orrick.com, sbates@orrick.com

Greg James Richardson    grichardson@orrick.com

Christine S. Watson    cwatson@carrferrell.com, mpeterson@carrferrell.com

2