PATRICIA K. GILLETTE (STATE BAR NO. 74461)
ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
GREG J. RICHARDSON (STATE BAR NO. 203788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759
pgillette@orrick.com
alivingston@orrick.com
grichardson@orrick.com

JOSEPH C. LIBURT (STATE BAR NO. 155507)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401
jliburt@orrick.com

Attorneys for DEFENDANT
WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, and Does 1-10, inclusive,<br><br>　　　　　Defendant. | Case No.  CV 08 1554 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, Fifth Floor<br>The Honorable Jeremy Fogel |

The motion of Defendant Wells Fargo Bank, N.A. ("Defendant") to dismiss, pursuant to Federal Rule of Civil Procedure 12(b), the Complaint filed by Plaintiff Patrick Pierce ("Plaintiff") without leave to amend, came regularly for hearing on June 6, 2008 at 9:00 a.m. before the Honorable Jeremy Fogel in Courtroom 3 of the above-entitled Court. Joseph C. Liburt and Greg J. Richardson appeared as counsel for Defendant and Stuart Clark appeared as counsel for Plaintiff.

Upon consideration of the moving and opposition papers, the pleadings in this action, the arguments of counsel, and all other matters presented, it appears and this Court finds, pursuant to Federal Rule of Civil Procedure 12(b), that the entire Complaint filed by Plaintiff, including the First, Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action contained therein, is dismissed with prejudice on the grounds that: (1) Plaintiff has failed to state a claim on which relief can be granted; (2) each of Plaintiff's claims is preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*; (3) Plaintiff has failed to exhaust his administrative remedies under ERISA; and (4) Plaintiff has failed to sue the correct defendant.

IT IS THEREFORE ORDERED THAT DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6), IS GRANTED AND PLAINTIFF PATRICK PIERCE'S COMPLAINT IS DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: June __, 2008

_____
THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE