STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>           Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**DEMAND FOR JURY TRIAL BY<br>PLAINTIFF PATRICK PIERCE** |

　　　　PLEASE TAKE NOTICE THAT plaintiff Patrick Pierce hereby demands a jury trial of all issues in the above-captioned action which are triable to a jury.

　　　　FURTHER TAKE NOTICE THAT this demand for a jury trial is made conditionally on plaintiff's reservation of his right to pursue his motion to remand this case to state court, and without waiving his contention that this court lacks subject matter jurisdiction.

Dated:  April 7, 2008　　　　　　　　CARR & FERRELL *LLP*


　　　　　　　　　　　　　　By: /s/ Stuart C. Clark
　　　　　　　　　　　　　　　　STUART C. CLARK
　　　　　　　　　　　　　　　　CHRISTINE S. WATSON

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　PATRICK PIERCE