**E-filed 5/12/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

PATRICK PIERCE,

    Plaintiff,

     v.

WELLS FARGO BANK,

    Defendant.
_____

No. C-08-1554-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Remand and Motion to Dismiss, currently scheduled for June 6, 2008 at 9:00. The new hearing date is Friday, June 27, 2008 at 9:00 AM.  The Case Management Conference scheduled for July 11, 2008 has also been rescheduled to be heard on Friday June 27, 2008 immediately following the motions.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/2/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy