1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   PATRICK PIERCE

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  PATRICK PIERCE,                    CASE NO. C08-01554 JF (HRL)

13          Plaintiff,
                                       **CERTIFICATION OF INTERESTED
14      v.                             ENTITIES OR PERSONS**

15  WELLS FARGO BANK,
    and DOES 1 through 20,
16
            Defendants.
17

18      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

19  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

20  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

21  proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

22  substantially affected by the outcome of this proceeding:

23      None, other than the named parties in this action.

24  Dated:  May 29, 2008               CARR & FERRELL *LLP*

25

26                                     By: _____
                                           STUART C. CLARK
27                                         CHRISTINE S. WATSON

28                                         Attorneys for Plaintiff
                                           PATRICK PIERCE

{00313761v1}                           -1-
                     Certification of Interested Entities or Persons
                              (Case No. C08-01554 JF (HRL))