UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK PIERCE,

           Plaintiff(s),

v.

WELLS FARGO BANK,

           Defendant(s).
_____/

Case No. CV 08 1554 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 6, 2008

                                                                    [Party]
                                                                    Senior Counsel, Wells Fargo Bank

Dated: June 4, 2008

                                                                  Monique Fuentes
                                                                  [Counsel]
                                                                  attorney for Defendant
                                                                  Wells Fargo Bank