1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
2  GREG J. RICHARDSON (STATE BAR NO. 203788)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:   +1-415-773-5700
5  Facsimile:   +1-415-773-5759
   pgillette@orrick.com
6  alivingston@orrick.com
   grichardson@orrick.com
7
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
9  Menlo Park, CA 94025-1015
   Telephone:   +1-650-614-7400
10 Facsimile:   +1-650-614-7401
   jliburt@orrick.com
11

12 Attorneys for DEFENDANT
   WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank")
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

18  PATRICK PIERCE,                          Case No. CV 08 1554 JF

19              Plaintiff,                   **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

20         v.

21  WELLS FARGO BANK, and Does 1-10,
    inclusive,
22
                Defendant.
23

24

25

26

27

28

1 | Pursuant to Civil L.R 3-16, the undersigned, on behalf of Defendant Wells Fargo Bank, N.A., certifies that the following listed corporation and national banking association may (i) have a financial interest in the subject matter in controversy or a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

     (1)    Wells Fargo & Company;

     (2)    Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A. is directly and indirectly wholly owned by Wells Fargo & Company.

Plaintiff was employed by Greater Bay Bancorp which was acquired by Wells Fargo Bank, N.A. on October 1, 2007.

Dated: June 6, 2008

PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
JOSEPH C. LIBURT
GREG J. RICHARDSON
Orrick, Herrington & Sutcliffe LLP

_____
GREG J. RICHARDSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.