PATRICIA K. GILLETTE (STATE BAR NO. 74461)
ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
GREG J. RICHARDSON (STATE BAR NO. 203788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759
pgillette@orrick.com
alivingston@orrick.com
grichardson@orrick.com

JOSEPH C. LIBURT (STATE BAR NO. 155507)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401
jliburt@orrick.com

Attorneys for DEFENDANT
WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, and Does 1-10, inclusive,<br><br>    Defendant. | Case No.  CV 08 1554 JF<br><br>**DECLARATION OF GREG J. RICHARDSON IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, Fifth Floor<br>The Honorable Jeremy Fogel |

I, Greg J. Richardson, declare and state:

1. I am an attorney in the law firm of Orrick, Herrington & Sutcliffe LLP, and one of the attorneys representing Defendant Wells Fargo Bank, N.A. ("Defendant") in the above-captioned case.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Greater Bay Bancorp Change In Control Pay Plan I Amended and Restated Effective September 28, 2007 ("CIC Plan"). The CIC Plan is referenced in the complaint filed by Plaintiff Patrick Pierce ("Plaintiff") in this action but is not attached to it.

3. Attached as Exhibit 2 hereto is a true and correct copy of a letter dated April 24, 2008 to Patrick Pierce from Shelly L. Johnson on behalf of the Plan Administrator.

4. The documents attached as Exhibits 1 and 2 hereto are true and correct copies of records that are maintained by my firm in the regular course of business.

All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business. If called as a witness, I could testify competently thereto.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed in San Francisco, California on June 6, 2008.

_____
Greg J. Richardson