STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>        Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**DECLARATION OF STUART CLARK IN SUPPORT OF OPPOSITION TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:    June 27, 2008<br>Time:   9.00 a.m.<br>Place:   Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |

I, the undersigned, STUART C. CLARK, declare as follows:

1.    I am an attorney admitted to practice before this Court and all of the courts of the State of California. I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for plaintiff Patrick Pierce ("Pierce"). The facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2.    By letter dated April 24, 2008, on a Wells Fargo Bank letterhead, the bank's Employee Relations Consultant (expressly acting "On behalf of the Plan Administrator) denied Pierce's claim for benefits under the Greater Bay Bancorp Change in Control Plan. That letter is

{00316227v1}
-1-
Declaration of Stuart Clark in Support of Opposition to Defendant Wells Fargo Bank, N.A.'s
Motion to Dismiss Pursuant to FRCP 12(B)(6) (Case No. C08-01554 JF (HRL))

1  not being attached for confidentiality reasons, but it took the positions, among others, that: (1)
2  Pierce was offered a "comparable position" under the plan; and (2) Piece was never entitled to
3  benefits under the plan amended on September 28, 2007.  Pierce mailed his request for review of
4  this denial of benefits to the Plan Administrator's representative on May 30, 2008.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.
7      Executed at Palo Alto, California, this June 6, 2008.

_____
STUART C. CLARK

{00316227v1}

-2-

Declaration of Stuart Clark in Support of Opposition to Defendant Wells Fargo Bank, N.A.'s
Motion to Dismiss Pursuant to FRCP 12(B)(6) (Case No. C08-01554 JF (HRL))