UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK PIERCE,

           CASE NO. CV 08 1554 JF

       Plaintiff(s),

          v.                 STIPULATION AND [PROPOSED]

WELLS FARGO BANK,            ORDER SELECTING ADR PROCESS

       Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

  ✓    other requested deadline <u>Within 120 days of ruling on motions to dismiss and remand.</u>

Dated: June 10, 2008

                           _____
                           Attorney for Plaintiff

Dated: June 6, 2008

                           _____
                           Attorney for Defendant
                           Greg J. Richardson

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
X Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
X    other . 120 days after ruling on Motion to Dismiss or Remand

IT IS SO ORDERED.

Dated:___6/12/08_____

_____
UNITED STATES MAGISTRATE JUDGE
Jeremy Fogel