STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**STIPULATION AND [~~P~~ROPOSED] ORDER IN SUPPORT OF PLAINTIFF PATRICK PIERCE'S ADMINISTRATIVE MOTION TO AMEND HIS OPPOSITION TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>[N. D. Cal. Civ. L.R. 7-11] |

WHEREAS:

A.　On Friday, June 6, 2008 plaintiff Patrick Pierce ("Pierce") filed his opposition (the "Opposition") to the motion of defendant Wells Fargo Bank, N.A. ("WFB") to dismiss the action under Rule 12(b)(6);

B.　Pierce wishes to file a motion for administrative relief to amend the Opposition to correct certain errors, by deleting 16 words and substituting 10 other words;

C.　Counsel for the parties are in agreement that Pierce may file an amended opposition giving effect to the above-described changes:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Court may grant an order permitting Pierce to file an amended

{00316465v1}　　　-1-
Stipulation and Order in Support of Plaintiff's Administrative Motion to Amend
His Opposition to Defendant's Motion to Dismiss (Case No. C08-01554 JF (HRL))

opposition giving effect to the above-described changes.

Dated: June 9, 2008

CARR & FERRELL LLP

By: _____
STUART C. CLARK
CHRISTINE S. WATSON

Attorneys for Plaintiff
PATRICK PIERCE

Dated: June 8, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
GREG J. RICHARDSON

Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 12, 2008

_____
HON. JEREMY FOGEL
United States District Judge

{00316465v1}

-2-

Stipulation and Order in Support of Plaintiff's Administrative Motion to Amend
His Opposition to Defendant's Motion to Dismiss (Case No. C08-01554 JF (HRL))