STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**SUPPLEMENTAL DECLARATION OF STUART CLARK IN SUPPORT OF MOTION OF PATRICK PIERCE FOR REMAND TO THE SUPERIOR COURT FOR THE COUNTY OF SANTA CLARA**<br><br>Date:   June 27, 2008<br>Time:   9.00 a.m.<br>Place:  Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |

I, STUART CLARK, declare as follows:

1.   I previously submitted a declaration in support of this motion, and I now submit this declaration to supplement my earlier declaration. The facts set forth herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2.   In my earlier declaration I estimated that I would be required to expend at least another six hours in reviewing Wells Fargo Bank's ("WFB") expected opposition to the motion to remand, and in drafting a reply brief, and an additional eight hours in drafting the opposition to the motion to dismiss. In fact the time spent on those activities has amounted to in excess of 28 hours. Thus, my estimate of the expenses incurred by Patrick Pierce as a result of the improper removal of this case to this court needs to be increased by at least $5,600, i.e. 28 hours actually taken less 14

{00317614v1}                                  -1-
Supplemental Declaration of Stuart Clark in Support of Motion of Patrick Pierce for
Remand to the Superior Court for the County of Santa Clara (Case No. C08-01554 JF (HRL))

-2-

1. hours estimated, for a net of 14 hours at $400 an hour.

2. 3. The reason for the actual work required being in excess of my estimate is that I underestimated the scope and complexity of the legal issues that would need to be addressed, and the volume of largely inadmissible declarations and attachments and other filings that WFB would submit – thereby triggering the also unanticipated need to submit objections to those filings.

3. 4. The effect of the changes referred to in the preceding two paragraphs is that the amount claimed by Piece for his estimated expenses of opposing WFB's improper removal of this case from state court is $18,800, i.e. the originally-requested amount of $13,200 plus the additional $5,600 referred to above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California, this 13th day of June, 2008.

_____
STUART C. CLARK

{00317614v1}

Supplemental Declaration of Stuart Clark in Support of Motion of Patrick Pierce for
Remand to the Superior Court for the County of Santa Clara (Case No. C08-01554 JF (HRL))