| | |
|---|---|
| 1 | PATRICIA K. GILLETTE (STATE BAR NO. 74461) |
| | ANDREW R. LIVINGSTON (STATE BAR NO. 148646) |
| 2 | GREG J. RICHARDSON (STATE BAR NO. 203788) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building |
| | 405 Howard Street |
| 4 | San Francisco, CA  94105-2669 |
| | Telephone:    +1-415-773-5700 |
| 5 | Facsimile:     +1-415-773-5759 |
| | pgillette@orrick.com |
| 6 | alivingston@orrick.com |
| | grichardson@orrick.com |
| 7 | |
| 8 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 1000 Marsh Road |
| | Menlo Park, CA  94025-1015 |
| | Telephone:    +1-650-614-7400 |
| 10 | Facsimile:     +1-650-614-7401 |
| | jliburt@orrick.com |
| 11 | |
| 12 | Attorneys for DEFENDANT |
| | WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank") |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, and Does 1-10, inclusive,<br><br>    Defendant. | Case No.  CV 08 1554 JF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, Fifth Floor<br>The Honorable Jeremy Fogel |

Defendant Wells Fargo Bank, N.A. ("Defendant") hereby requests that the Court take judicial notice and consider as evidence in support of Defendant's Opposition to Plaintiff Patrick Pierce's Motion to Remand the following pleading that is on file with this Court:

    1.    The Declaration of Shelly L. Johnson in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) that was filed with this Court in the above-captioned case on June 13, 2008.

Dated: June 13, 2008

PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
JOSEPH C. LIBURT
GREG J. RICHARDSON
Orrick, Herrington & Sutcliffe LLP

/S/
_____
GREG J. RICHARDSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.