UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 27, 2008
**Case Number:** CV-08-1554-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:             PATRICK PIERCE  V. WELLS FARGO BANK

                PLAINTIFF                            DEFENDANT

Attorneys Present:  Stuart Clark          Attorneys Present:  Greg Richardson

PROCEEDINGS:
   Hearing on Motion to Remand and Motion to Dismiss held.  Counsel are present.
The motions are taken under submission.  The case management conference is not held.