STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH PLAINTIFF PATRICK PIERCE MAY FILE AMENDED COMPLAINT** |

WHEREAS:

    A.    By order dated July 18, 2008, the Court granted leave to file an amended complaint within thirty (30) days of the date of the order;

    B    Plaintiff Patrick Pierce ("Pierce") has requested, and defendant Wells Fargo Bank, N.A. ("WFB") has agreed to, a fourteen (14) day extension of time within which Pierce may file the amended complaint authorized by the Court in its order dated July 18, 2008:

NOW THEREFORE IT IS HEREBY STIPULATED by and between Pierce and WFB, through their respective counsel, that the time within which Pierce may file his amended complaint may be extended by fourteen (14) days.

Dated: August 7, 2008

CARR & FERRELL LLP

By: _____
STUART C. CLARK
Attorneys for plaintiff Patrick Pierce

Dated: August 7, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
GREG J. RICHARDSON

Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August ___, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE