| | |
|---|---|
| 1 | PATRICIA K. GILLETTE (STATE BAR NO. 74461) |
| | ANDREW R. LIVINGSTON (STATE BAR NO. 148646) |
| 2 | GREG J. RICHARDSON (STATE BAR NO. 203788) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building |
| | 405 Howard Street |
| 4 | San Francisco, CA  94105-2669 |
| | Telephone:    +1-415-773-5700 |
| 5 | Facsimile:     +1-415-773-5759 |
| | pgillette@orrick.com |
| 6 | alivingston@orrick.com |
| | grichardson@orrick.com |
| 7 | |
| | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 9 | Menlo Park, CA  94025-1015 |
| | Telephone:    +1-650-614-7400 |
| 10 | Facsimile:     +1-650-614-7401 |
| | jliburt@orrick.com |
| 11 | |
| 12 | Attorneys for DEFENDANT |
| | WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank") |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | PATRICK PIERCE, | Case No.  CV 08 1554 JF |
| 19 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO FILE ITS RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 20 | v. | |
| 21 | WELLS FARGO BANK, and Does 1-10, inclusive, | |
| 22 | | **[N.D. CAL. CIV. L.R. 6-1(a)]** |
| 23 | Defendant. | |

Plaintiff Patrick Pierce ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant") hereby stipulate, by and through their counsel of record, pursuant to Local Civil Rule 6-1(a), to extend the deadline for Defendant to file its response to Plaintiff's First Amended Complaint For Breach Of Contract, Promissory Estoppel, Fraud, Fraudulent Promise, And Negligent Misrepresentation, which was filed with this Court on August 29, 2008, to November 6, 2008 – twenty (20) days after the Settlement Conference in this case, which is scheduled for October 17, 2008.

Dated: September 2, 2008

PATRICIA K. GILLETTE
ANDREW R. LIVINGSTON
JOSEPH C. LIBURT
GREG J. RICHARDSON
Orrick, Herrington & Sutcliffe LLP

/s/
GREG J. RICHARDSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: September 2, 2008

STUART C. CLARK
Carr and Farrell LLP

/s/
STUART C. CLARK
Attorneys for Plaintiff
PATRICK PIERCE