ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 4, 2008

Stuart C. Clark
Christine S. Watson
Carr & Ferrell LLP
2200 Geng Road
Suite 200
Palo Alto, CA 94303
650-812-3400

Patricia K. Gillette
Andrew Ralston Livingston
Greg James Richardson
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco , CA 94105-2669
415-773-5700

Joseph Charles Liburt
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
(650) 614 7400

Re:    Pierce v. Wells Fargo Bank
       Case No. C 08-01554 JF MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff to discuss the Mediation referral.  We would like to schedule this for **Monday, September 15, 2008 at 10;00 a.m.**  This office will initiate the call to the phone numbers above unless directed otherwise.  Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator