ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 4, 2008

Stuart C. Clark
Christine S. Watson
Carr & Ferrell LLP
2200 Geng Road
Suite 200
Palo Alto, CA 94303
650-812-3400

Patricia K. Gillette
Andrew Ralston Livingston
Greg James Richardson
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700

Joseph Charles Liburt
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614 7400

Re:   Pierce v. Wells Fargo Bank
      Case No. C 08-01554 JF MED

Dear Counsel:

   This will confirm a telephone conversation with Mr. Richardson today wherein he indicated he'd be on vacation on September 15, 2008; therefore, he can't participate in the phone conference and it would have to be rescheduled.

   The ADR Phone Conference is **rescheduled to Monday, September 22, 2008 at 10:00 a.m.** We will initiate the call to the numbers above at that time.

   Thank you for your attention to this matter.

                                        Sincerely,

                                        Alice M. Fiel
                                        ADR Case Administrator