1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
2  GREG J. RICHARDSON (STATE BAR NO. 203788)
   MONIQUE FUENTES (STATE BAR NO. 242588)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     +1-415-773-5700
   Facsimile:      +1-415-773-5759
6  pgillette@orrick.com
   alivingston@orrick.com
7  grichardson@orrick.com

8  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA  94025-1015
10 Telephone:     +1-650-614-7400
   Facsimile:      +1-650-614-7401
11 jliburt@orrick.com

12

   Attorneys for DEFENDANT
13 WELLS FARGO BANK, N.A. (sued as "Wells Fargo Bank")

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18
   PATRICK PIERCE,                    Case No.  CV 08 1554 JF
19
                Plaintiff,            **STIPULATION AND [PROPOSED]**
20                                    **ORDER VACATING THE JUNE 12,**
                                      **2008 ORDER REFERRING THE**
21        v.                          **PARTIES TO MEDIATION**

   WELLS FARGO BANK, and Does 1-10,
22 inclusive,

23                Defendant.

24

25

26

27

28

1    1.    On June 10, 2008, Plaintiff Patrick Pierce ("Plaintiff") and Defendant Wells Fargo

2   Bank, N.A. ("Defendant") filed a Stipulation and Proposed Order in which they agreed to

3   participate in mediation within 120 days of the courts ruling on Plaintiff's Motion to Remand and

4   Defendant's Motion to Dismiss (the "Stipulation").

5    2.    Pursuant to the Stipulation, this Court referred the parties to mediation and set the

6   deadline for that mediation 120 days after ruling on  Defendant's Motion to Dismiss and

7   Plaintiff's Motion to Remand on June 12, 2008 (the "Stipulation and Order").

8    3.    On July 18, 2008, this Court issued an order denying Plaintiff's Motion to

9   Remand, granting Defendants' Motion to Dismiss with leave to amend, and referring the parties

10   to Magistrate Judge Lloyd for a judicial settlement conference (the "July 18, 2008 Order").

11    4.    Pursuant to the July 18, 2008 Order, the parties have scheduled a settlement

12   conference with Magistrate Judge Lloyd for October 17, 2008 at 9:30 a.m. in Courtroom 2,

13   United States Courthouse, 280 South First Street, San Jose, California.

14    5.    In light of the scheduled judicial settlement conference, the parties agree that the

15   Stipulation and Order, referenced above in paragraph 2, should be vacated.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

STIPULATION AND [PROPOSED] ORDER
(CASE NO. CV 08 1554 JF)

1    THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their

2    respective counsel, that the Court may vacate the Stipulation and Order, referenced above in

3    paragraph 2.

4    Dated: September 24, 2008                    PATRICIA K. GILLETTE
                                                    ANDREW R. LIVINGSTON
5                                                   JOSEPH C. LIBURT
                                                    GREG J. RICHARDSON
6                                                   MONIQUE FUENTES
                                                    Orrick, Herrington & Sutcliffe LLP
7

8

9                                                   _____
                                                              /s/
                                                    Monique Fuentes
10                                                  Attorneys for Defendant
                                                    WELLS FARGO BANK, N.A.
11   Dated: September 24, 2008                    STUART C. CLARK
                                                    Carr and Ferrell LLP
12

13                                                  _____
                                                              /s/
14                                                  STUART C. CLARK
                                                    Attorneys for Plaintiff
15                                                  PATRICK PIERCE

16   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

17   "conformed" signature (/s/) within this e-filed document.

18

19                                                  _____
                                                              /s/
20                                                  Monique Fuentes
                                                    Attorneys for Defendant
21                                                  WELLS FARGO BANK, N.A.

22

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

     Dated: ___9/26/08_____
24

25

26                                                  _____
                                                    The Honorable Jeremy Fogel
27                                                  United States District Court Judge

28

                              2                     STIPULATION AND [PROPOSED] ORDER
                                                    (CASE NO. CV 08 1554 JF)