STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
PATRICK PIERCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>    Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C08-01554 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

WHEREAS:

 A. By order dated July 18, 2008, the Court granted leave to file an amended complaint within thirty (30) days of the date of the order;

 B Plaintiff Patrick Pierce ("Pierce") filed a First Amended Complaint on August 29, 2008;

 C. The parties engaged in an unsuccessful settlement conference before Hon. Howard Lloyd on October 17, 2008;

 D. Following the settlement conference Pierce decided to seek leave to file a further amended complaint, and asked defendant Wells Fargo Bank, N.A. ("WFB") to stipulate to the filing

of such further amended complaint;

E.   WFB having agreed to stipulate to the filing of a further amended complaint as requested by Piece.  In so stipulating, WFB does not indicate that it believes the new amended complaint contains any actionable claims or claims that are not preempted by ERISA.  WFB reserves all its legal rights to defend against such claims including, but not limited to, moving to dismiss all the claims set forth in the amended complaint.

NOW THEREFORE IT IS HEREBY STIPULATED by and between Pierce and WFB, through their respective counsel, that Pierce may file a further amended complaint within ten (10) days of the entry of the order stipulated to herein.

Dated:  October 31, 2008           CARR & FERRELL LLP


                                   By: /s/ Stuart C. Clark
                                   _____
                                   STUART C. CLARK
                                   Attorneys for plaintiff Patrick Pierce


Dated:  October 30, 2008           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                   By: /s/ Greg J. Richardson
                                   _____
                                   GREG J. RICHARDSON
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  ~~October~~ November 5, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE