**E-Filed 8/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK; and DOES 1-20,<br><br>　　　　　Defendants. | Case Number C 08-1554 JF (HRL)<br><br>ORDER[1] REMANDING ACTION |

On May 5, 2009, this Court denied Plaintiff's motion to remand, granted Defendant's motion to dismiss without leave to amend, and entered judgment for Defendant. On May 26, 2010, the United States Court of Appeals vacated the judgment and remanded the case to this Court with instructions to remand to the state court. The mandate issued on June 17, 2010.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-1554 JF (HRL)
ORDER REMANDING ACTION
(JFLC2)

1   Accordingly, the case is HEREBY REMANDED to the Santa Clara Superior Court.

2   IT IS SO ORDERED.

8   DATED: 8/13/2010

```
                                        _____
                                        JEREMY FOGEL
                                        United States District Judge
```

2